UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY D. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF MONTANA, et al.,<br><br>    Defendants. | Case No. 18-cv-07231-HSG<br><br>**ORDER TO SHOW CAUSE** |

On November 21, 2018, Plaintiff filed a complaint against Defendants the State of Montana, the Montana Department of Labor and Industry, and Steve Bullock, governor of Montana. To date, Plaintiff has not served Defendants. Plaintiff also failed to appear at the Case Management Conference on April 2, 2019.

Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the Court, on its own after notice to the plaintiff, "must dismiss the action without prejudice," or order that service be made within a specified time. Fed. R. Civ. P. 4(m). Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff shall file a statement of no more than two pages by April 19, 2019.

**IT IS SO ORDERED.**

Dated: 4/3/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge